UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KAY J. WHALEY,<br><br>             Plaintiff,<br><br>     vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>             Defendant. | CASE NO. CV 07-5557 AGR<br><br>ORDER TO SHOW CAUSE |

Pursuant to this Court's Case Management Order of September 12, 2007, the parties were to file a Joint Stipulation in compliance with Paragraph IX of the Court's Order within sixty-six (66) days of the filing of the Answer, i.e., byJuly 10, 2008.  To date, the Joint Stipulation has not been filed with the Court.  Accordingly, **no later than August 5, 2008, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and to abide by Court Orders.  Filing of the Joint Stipulation on or before August 5, 2008, shall be deemed compliance with this Order to Show Cause.

DATED: July 15, 2008

ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE